IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TSVETAN TORBOV, | No. C 14-0130 RS |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S AMENDED APPLICATION FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON PRELIMINARY INJUNCTION** |
| v. | |
| CENLAR AGENCY, INC., | |
| Defendant. | |

On February 11, 2014, an order issued denying the application of plaintiff Tsvetan Torbov, appearing *in pro se*, for a temporary restraining order ("TRO"). Torbov has now filed an "amended" application providing some additional factual material regarding the basis of his claims. In light of all the circumstances, it is appropriate for a TRO to issue.

The matter shall be set for a hearing on preliminary injunction on March 6, 2014, at 1:30 p.m. Defendant shall file any opposition to the issuance of a preliminary injunction no later than February 27, 2014. The Court reserves the right to take the matter under submission without oral argument, pursuant to Civil Local Rule 7-1(b).

Pending a ruling on preliminary injunction, defendant and its agents are hereby temporarily restrained from proceeding with the non-judicial foreclosure sale of the real property commonly known as 1679 Valley Crest Court, San Jose, California, presently scheduled for February 20, 2014.

The Clerk is directed to serve a courtesy copy of this order on Aronowitz & Ford, LLP by fax at (303) 813-1107. Plaintiff remains responsible for effecting service on defendant.

IT IS SO ORDERED.

Dated: 2/14/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE