**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TSVETAN TORBOV,

    Plaintiff,

  v.

CENLAR AGENCY, INC.,

    Defendant.
_____/

No. C 14-0130 RS

**ORDER VACATING HEARING AND DIRECTING PLAINTIFF TO FILE REPLY**

A temporary restraining order ("TRO") previously issued in this matter and a preliminary injunction hearing was set for March 6, 2014. Defendant has now opposed entry of a preliminary injunction, contending that plaintiff has not even alleged, and cannot demonstrate, any facts showing a fraud or a breach of contract, and therefore cannot establish the requisite likelihood of success on the merits.

Defendant argues and offers evidence that it acted within its rights to declare plaintiff in default on his loan obligation and thereafter to refuse to accept partial payments. Although the complaint and TRO application were construed with great liberality for purposes of ruling on the TRO, plaintiff has presented few facts or evidence in support of his claims. Plaintiff is directed to file any reply to defendant's opposition no later than March 6, 2014. Pursuant to Civil Local Rule

1

1  7-1(b), the matter will then be taken under submission without oral argument.  Accordingly, the
2  hearing set for that date is hereby vacated.

4  IT IS SO ORDERED.

6  Dated:  2/28/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE