IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TSVETAN TORBOV, | No. C 14-0130 RS |
| Plaintiff, | **ORDER RE PENDING MOTIONS** |
| v. | |
| CENLAR AGENCY, INC., | |
| Defendant. | |

Presently pending are: 1) defendant's motion to dismiss the complaint, set for hearing on April 3, 2014, 2) plaintiff's un-calendared motion for leave to file a second amended complaint,[1] and 3) plaintiffs' un-calendared motion for reconsideration of the order denying preliminary relief. Good cause appearing, the motion for leave to amend the complaint is hereby granted. As a result, the motion to dismiss is denied as moot, but without prejudice to any arguments that the second amendment has not cured the defects. The hearing set for April 3, 2014 is vacated.

Plaintiffs' motion for reconsideration will be construed as a motion for leave to seek reconsideration. (See Civil Local Rule 7-9, requiring leave of court to file motion for

---

[1] Plaintiff's proposed pleading is mistakenly labeled as a third amended complaint. Although it will be the third version of the complaint, it is only the second <u>amended</u> complaint.

1

No. C 14-0130 RS
ORDER

reconsideration.)  The motion is denied.  Although plaintiff's submission of an amended complaint provides slightly greater detail as to the basis of his claims, he has not shown any basis for reconsideration.

Plaintiff continues to assert that he was not sufficiently informed as to why his mortgage payments were not accepted, or how he could remedy the situation.  As previously noted, the documents submitted by plaintiff include correspondence in which he was advised how to arrange to reinstate his account to good standing, and he does not assert that he ever attempted to do so but was refused.  As also previously noted, however, defendant failed to attach the exhibits to the declaration of Jennifer Dobron, which likely would have provided greater clarity as to the timing and substance of the communications from defendant to plaintiff.  Accordingly, defendant is directed to file those exhibits forthwith.  Plaintiff is encouraged to consult with the Court's pro se help desk, available at (415) 782-8982.

IT IS SO ORDERED.

Dated: 3/26/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE