UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TSVETEN S TORBOV,<br><br>        Plaintiff,<br><br>  v.<br><br>CENLAR AGENCY, INC, et al.,<br><br>        Defendants. | Case No. 14-cv-00130-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 05/20/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1      IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3      IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5      IT IS FURTHER ORDERED THAT the Court will accept the late filing of Opposition to
6 Motion to Dismiss, to be filed by 05/23/2014.
7      IT IS FURTHER ORDERED THAT the Reply to the Opposition to the Motion to Dismiss
8 is due by 05/30/2014.
9      IT IS FURTHER ORDERED THAT the Motion to Dismiss Hearing is set for 07/03/2014
10 at 9:00 am.
11     IT IS FURTHER ORDERED THAT Counsel, Christopher Blevins, may appear at the
12 Motion to Dismiss Hearing set for 07/03/2014 by Courtcall without further approval of the court.

Dated:  May 21, 2014

_____
BETH LABSON FREEMAN
United States District Judge