# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TSVETEN S. TORBOV,<br><br>   Plaintiff,<br><br>  v.<br><br>CENLAR AGENCY, INC, et al.,<br><br>   Defendants. | Case No. 14-cv-00130-BLF<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO ENLARGE TIME FOR ADR** |

On June 26, 2014, Plaintiff filed a Motion to Enlarge Time for ADR, seeking to continue the ADR Phone Conference scheduled for July 2, 2014 at 12:00 p.m. Plaintiff appears to believe that he needs discovery responses from Defendants to proceed with the ADR Phone Conference. The purpose of the ADR Phone Conference is to permit the parties to explore the possibility of settling the lawsuit at an early stage. Plaintiff does not need discovery responses or any particular information to proceed with the ADR Phone Conference. Accordingly, Plaintiff's motion is DENIED.

Because Plaintiff is proceeding *pro se*, the Clerk shall contact Plaintiff at his telephone number of record to inform him that his motion has been denied and that he should proceed with the ADR Phone Conference as scheduled.

**IT IS SO ORDERED.**

Dated: July 1, 2014

                             _____
                             BETH LABSON FREEMAN
                             United States District Judge