# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TSVETAL TORBOV,<br><br>               Plaintiff,<br><br>v.<br><br>CENLAR AGENCY, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., TAYLOR, BAN & WHITAKER CORP, AND DOES 1-25,<br><br>               Defendants. | Case No. 5:14-cv-00130-BLF<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION; AND DENYING WITHOUT PREJUDICE MOTION FOR AN ORDER COMPELLING DISCLOSURE OR DISCOVERY**<br><br>[Re: ECF 55, 56] |

      Plaintiff Tsvetan Torbov has filed a Motion for Reconsideration (ECF 55) of this Court's Order Denying Motion to Enlarge Time issued May 27, 2014 (ECF 51); and a Motion for an Order Compelling Disclosure or Discovery (ECF 56).

      The Court's Civil Local Rules require a party to obtain leave of the Court before filing a motion for reconsideration of any interlocutory order. Civ. L.R. 7-9(a). The Court construes Plaintiff's Motion for Reconsideration as a motion for leave to file a motion for reconsideration. The motion is DENIED. The order as to which Plaintiff wishes to seek reconsideration denied Plaintiff's request for an extension of the discovery cut-off on the basis that *no discovery cut-off has been set in this case*. (*See* Order Denying Motion to Enlarge Time, ECF 51). As the Court reaffirmed at the July 3, 2014 hearing on Defendants' Motion to Dismiss, there is no discovery cut-off in this case that the Court could extend or enlarge.

      The Court's Civil Local Rules also require that motions seeking substantive relief, such as Plaintiff's Motion for an Order Compelling Disclosure or Discovery, be "filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after filing

of the motion." Civ. L.R. 7-2. All discovery matters in this case have been referred to Magistrate Judge Howard R. Lloyd. (*See* Case Management Order, ECF 46) Plaintiff's Motion for an Order Compelling Disclosure or Discovery was not noticed on Judge Lloyd's motion calendar. Accordingly, it is DENIED without prejudice to the filing of a renewed motion that complies with the Federal Rules of Civil Procedure and this Court's Civil Local Rules and is properly noticed for hearing before Magistrate Judge Lloyd.

IT IS SO ORDERED.

Dated: July 8, 2014

BETH LABSON FREEMAN
United States District Judge