# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TSVETEN S. TORBOV,<br><br>    Plaintiff,<br><br>v.<br><br>CENLAR AGENCY, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-00130-BLF<br><br>**ORDER SETTING DEADLINE FOR RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE DECEMBER 4, 2014 HEARING** |

Plaintiff has submitted a letter request for continuance of the hearing on Defendants' Motion to Dismiss, currently set for December 4, 2014. The Court directed the Clerk to docket the letter request as an Administrative Motion for Continuance of December 4, 2014 Hearing. *See* ECF 71. Defendants shall file any response to the administrative motion on or before October 20, 2014.

**IT IS SO ORDERED.**

Dated: October 14, 2014

_____
BETH LABSON FREEMAN
United States District Judge