UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TSVETEN S TORBOV,<br><br>    Plaintiff,<br><br>    v.<br><br>CENLAR AGENCY, INC, et al.,<br><br>    Defendants. | Case No.  14-cv-00130-BLF<br><br>**ORDER CONVERTING PLAINTIFF'S DECLARATION TO A MOTION FOR LEAVE TO FILE A FOURTH AMENDED COMPLAINT; GRANTING LEAVE TO FILE A FOURTH AMENDED COMPLAINT; AND TERMINATING AS MOOT DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**<br><br>[Re: ECF 68, 80] |

Defendant's motion to dismiss Plaintiff's third amended complaint was heard on December 4, 2014.  For the reasons stated on the record, and without objection by Defendants' counsel, the Court orders as follows:

(1)   Plaintiff's declaration filed on November 20, 2014 (ECF 80) is hereby CONVERTED to a motion for leave to file a fourth amended complaint.

(2)   The motion for leave to file a fourth amended complaint is GRANTED; the amended pleading shall be filed on or before December 5, 2014.

(3)   In light of the ruling on amendment, Defendant's motion to dismiss the third amended complaint (ECF 68) is terminated as MOOT.

**IT IS SO ORDERED.**

Dated:  December 4, 2014

                                                                   _____
                                                                   BETH LABSON FREEMAN
                                                                   United States District Judge