LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TSVETAN STEVEN TORBOV<br><br>Plaintiff,<br><br>v.<br><br>GREGORY S. TORNQUIST, CENLAR FSB, NATIONSTAR MORTGAGE LLC, and DOES 1-25,<br>Defendants. | CASE NO. 5:14-cv-00130-BLF<br><br>HON. BETH LABSON FREEMAN<br><br>**PLAINTIFF'S PRELIMINARY OPPOSTION TO DEFENDANT'S MOTION TO DISMISS FOURTH AMENDED COMPLAINT**<br><br>Hearing:<br>Date: April 2, 2015<br>Time: 9:00 a.m.<br>Ctrm.: 3 (5th Floor) |

Comes now, TSVETAN STEVEN TORBOV, Plaintiff herein, by and through counsel, Fuller Law Firm, PC, and submits this PRELIMINARY OPPOSITION to the Motion to Dismiss, filed by Defendants CENLAR FSB and NATIONSTAR MORTGAGE LLC.

The basis for this PRELIMINARY OPPOSITION is as follows:

Plaintiff has substantial equity in his home. In litigating this case, plaintiff's counsel must be mindful that litigating frivolous claims against the lender is likely to cause the lender to add attorney fees to Plaintiff's loan balance.

This is not in Plaintiff's best interest.

The situation is further compounded because Plaintiff is elderly, and somewhat forgetful. He may have misplaced some documents.

In early March, Plaintiff approached Fuller Law Firm, PC for representation.

Fuller Law Firm, PC, immediately engaged in extensive due diligence. Much of the court documents were downloaded from PACER. After review of the pleadings, this office communicated with defendant's counsel, and asked them to produce all evidence that defendant complied with RESPA in 2013, and all evidence that in 2013, defendant provided plaintiff with detailed breakdown of the late fees, etc.

Based upon responses from defendant's counsel, this office has made a decision to file a thorough opposition to the Motion to Dismiss, and to seek leave to amend the complaint.

It is anticipated that the OPPOSIITON will be filed today. Fuller Law Firm, PC, will appear at the hearing to argue the Motion to Dismiss. Fuller Law Firm, PC, will also seek leave to amend the complaint to allege additional causes of action.

WHEREFORE, Plaintiff prays that an ORDER of DISMISSAL not be entered, and that the court review the thorough OPPOSITION that will be filed shortly. Should the court or opposing counsel deem it necessary, Plaintiff's counsel has no opposition to a continuance to allow defendant to submit a rebuttal.

Respectfully submitted,

DATED: 3/24/15                    THE FULLER LAW FIRM, PC

                                  By:  /s/ Sam Taherian
                                       SAM TAHERIAN
                                       Attorneys for Plaintiff