Lars T. Fuller (No. 141270
Sam Taherian (No. 170953)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
(408)295-5595

Attorney for Plaintiff

APPROVED

Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# U.S. DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

TSEVEN STEVEN TORBOV,

      Plaintiff,

v.

GREGORY S. TORNQUIST, CENLAR FSB, NATIONSTART MORTGAGE LLC, and DOES 1-25

      Defendants

Case No.: 5:14-CV-00130-BF

**NOTICE OF SUBSTITUTION OF ATTORNEY**

      COMES NOW PLAINTIFF and substitutes The Fuller Law Firm, P.C., 60 North Keeble Ave. San Jose, CA 95126 as attorney of record in place and stead of Charles W. Wagner.

I accept this substitution:

Dated: March 2, 2015

                      /s/ *Tseven Steven Torbov*
                      TSEVEN STEVEN TORBOV
                      PLAINTIFF

We concur with this substitution.

                     /s/  *Charles W. Wagner*

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595

NOTICE OF SUBSTITUTION OF ATTORNEY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595

CHARLES W. WAGNER

Dated: March 2, 2015

THE FULLER LAW FIRM, PC

By:/s/ *Lars T. Fuller*
            Lars T. Fuller

2