# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TSVETEN S TORBOV,<br><br>Plaintiff,<br><br>v.<br><br>CENLAR AGENCY, INC., et al.,<br><br>Defendants. | Case No.  14-cv-00130-BLF<br><br>**ORDER CONTINUING HEARING ON MOTION TO DISMISS; AND ADDRESSING BRIEFING OF MOTION** |

Defendants' motion to dismiss was filed on December 19, 2014 and set for hearing on April 2, 2015.  Under the Court's Civil Local Rules, any opposition was due within fourteen days after the filing of the motion.  *See* Civ. L.R. 7-3(a).  Plaintiff filed opposition approximately three and one-half months after that deadline, on March 24, 2015.  *See* Pl.'s Opp., ECF 98-99.  The opposition indicates that Plaintiff retained new counsel earlier in March and that counsel submitted the opposition after researching the facts of the case and obtaining relevant documents.

Defendants are granted until April 3, 2015 to file a reply brief responding to the substantive arguments raised in Plaintiff's opposition.  Defendants are not precluded from arguing in the reply brief that the Court should not consider Plaintiff's untimely opposition.

The hearing on Defendants' motion to dismiss is continued from April 2, 2015 to April 9, 2015 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  March 27, 2015

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California