# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TSVETEN S. TORBOV,<br><br>    Plaintiff,<br><br>    v.<br><br>CENLAR AGENCY, INC., et al.,<br><br>    Defendants. | Case No.  14-cv-00130-BLF<br><br>**ORDER CONTINUING HEARING ON MOTION TO DISMISS FROM APRIL 9, 2015 TO APRIL 23, 2015** |

In light of defense counsel's unavailability to attend the hearing on April 9, 2015, the Court hereby CONTINUES the hearing on Defendant's motion to dismiss from April 9, 2015 to April 23, 2015 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: April 3, 2015

_____
BETH LABSON FREEMAN
United States District Judge