# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TSVETEN S. TORBOV,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENLAR AGENCY, INC., et al.,<br><br>　　　　Defendants. | Case No.  14-cv-00130-BLF<br><br>**ORDER DISMISSING DEFENDANT GREGORY S. TORNQUIST WITHOUT PREJUDICE FOR FAILURE TO EFFECT TIMELY SERVICE OF PROCESS** |

On April 29, 2015, the Court issued an order dismissing Plaintiff's fourth amended complaint with leave to amend in part and directing Plaintiff to show cause why Defendant Gregory S. Tornquist should not be dismissed from the action without prejudice for failure to effect timely service of process. Plaintiff thereafter filed a fifth amended complaint against Defendants Tornquist, Cenlar FSB, and Nationstar Mortgage LLC. Plaintiff did not file a response to the Order to Show Cause within the time provided. Accordingly, Defendant Tornquist is hereby DISMISSED without prejudice for failure to effect timely service of process. Defendants Cenlar and Nationstar have answered the fifth amended complaint.

**IT IS SO ORDERED.**

Dated: June 2, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
BETH LABSON FREEMAN
United States District Judge