1  MARY KATE SULLIVAN (State Bar No. 180203)
   MEGAN E. GRUBER (State Bar No. 246122)
2  meg@severson.com
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, California 94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439

6  Attorneys for Defendants
   NATIONSTAR MORTGAGE LLC
7  and CENLAR FSB

APPROVED

*Beth Labson Freeman*

Judge Beth Labson Freeman

8

9                    UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

11

12  TSVETAN STEVEN TORBOV,                    Case No. 5:14-CV-00130-BLF

             Plaintiff,                        **NOTICE OF SUBSTITUTION OF
13                                             COUNSEL**

          vs.
14                                             The Hon. Beth Labson Freeman

   GREGORY S. TORNQUIST, CENLAR FSB,
15  NATIONSTAR MORTGAGE LLC, and
    DOES 1-25,
16
             Defendants.
17

18

19        Defendants Nationstar Mortgage LLC and Cenlar FSB hereby substitute Severson &

20  Werson, APC, One Embarcadero Center, 26th Floor, San Francisco, California 94111, telephone

21  number (415) 398-3344, as its attorney of record in place of Christian C. Chapman, Barrett Daffin

22  Frappier Treder & Weiss, LLC, 20955 Pathfinder Road, Suite 300, Diamond Bar, California

23  91765, telephone number (626) 915-5714.

24

25

26

27

28

1    I consent to the above substitution.

2    Dated: July 27, 2015        BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

3

4                                    By: _____

5                                         Chris C. Chapman

6
     I consent to the above substitution, and am admitted to practice in this District.
7
     DATED:  July ___, 2015                SEVERSON & WERSON
8                                          A Professional Corporation

9

10                                   By: _____

11                                        Megan E. Gruber

12                                   Attorneys for Defendants NATIONSTAR MORTGAGE
                                     LLC and CENLAR FSB
13

14
     I consent to the above substitution.
15
     Dated: July ____, 2015               NATIONSTAR MORTGAGE LLC and CENLAR
16                                         FSB

17                                   By:_____

18                                        [Name, Title]

19

20

21

22

23

24

25

26

27

28

1   I consent to the above substitution.

2   Dated: July _____, 2015          BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

3

4
                                     By:_____
5                                          Chris C. Chapman

6   I consent to the above substitution, and am admitted to practice in this District.

7   DATED: ~~July~~ ___, 2015          SEVERSON & WERSON
8          August 4                    A Professional Corporation

9

10  By:_____
11                                          Megan E. Gruber

12  Attorneys for Defendants NATIONSTAR MORTGAGE
    LLC and CENLAR FSB
13

14  I consent to the above substitution.

15  Dated: July 29, 2015              NATIONSTAR MORTGAGE LLC and CENLAR
                                      FSB
16

17  By: _Edward Hyne_____

18                                    [Name, Title] EDWARD HYNE

19                                    LITIGATION RESOLUTION ANALYST

20

21

22

23

24

25

26

27

28

                                      2                     5:14-CV-00130-BLF