Lars T. Fuller (No. 141270
Sam Taherian (No. 170953)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
(408)295-5595

Attorney for Plaintiff

**APPROVED**
*Beth Labson Freeman*
Judge Beth Labson Freeman

# U.S. DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

TSEVEN STEVEN TORBOV,

    Plaintiff,

v.

GREGORY S. TORNQUIST, CENLAR FSB, NATIONSTART MORTGAGE LLC, and DOES 1-25

    Defendants

Case No.: 5:14-CV-00130-BF

**NOTICE OF SUBSTITUTION OF ATTORNEY**

    COMES NOW PLAINTIFF and substitutes himself, *in propria pesonam,* at the address below, in place and stead of The Fuller Law Firm, P.C.:

Tseven Steven Torbov
1679 Valleycrest Court
San Jose, CA 95131
(408) 412-2869

Dated: August 4, 2015

    /s/ *Tseven Steven Torbov*
    TSEVEN STEVEN TORBOV
    PLAINTIFF

We concur with this substitution.

---

1
NOTICE OF SUBSTITUTION OF ATTORNEY

Dated: August 4, 2015

THE FULLER LAW FIRM, PC

By: /s/ *Sam Taherian*
    SAM TAHERIAN
    FORMER ATTORNEYS
    FOR PLAINTIFF

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595

2
NOTICE OF SUBSTITUTION OF ATTORNEY