# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

TSVETEN S. TORBOV,

    Plaintiff,

v.

CENLAR AGENCY, INC., et al.,

    Defendants.

Case No. 14-cv-00130-BLF

**ORDER SUBMITTING PLAINTIFF'S MOTION TO STAY LITIGATION WITHOUT ORAL ARGUMENT; VACATING HEARING; GRANTING MOTION TO STAY LITIGATION THROUGH JUNE 15, 2016; AND RESETTING CASE MANAGEMENT CONFERENCE FOR JUNE 16, 2016**

[Re: ECF 121]

Plaintiff Tsveten S. Torbov seeks a brief stay of the litigation to permit him to have and recover from spine surgery. Defendants have not filed opposition to the motion and the deadline for doing so has passed. *See* Civ. L.R. 7-3(a).

IT IS HEREBY ORDERED THAT:

(1) Plaintiff's Motion to Stay Litigation is SUBMITTED without oral argument. *See* Civ. L.R. 7-1(b).

(2) The June 30, 2016 hearing on the Motion to Stay Litigation is VACATED.

(3) For good cause shown and without opposition, Plaintiff's Motion to Stay Litigation is GRANTED, and the case is STAYED through June 15, 2016.

(4) The Case Management Conference previously set for March 31, 2016 is RESET for June 16, 2016 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: March 2, 2016

    /s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge