**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TSVETEN S. TORBOV,<br><br>  Plaintiff,<br><br> v.<br><br>CENLAR AGENCY, INC., et al.,<br><br>  Defendants. | Case No. 14-cv-00130-BLF<br><br>**ORDER FOLLOWING FINAL PRETRIAL CONFERENCE** |

The Final Pretrial Conference was held on February 1, 2018 at 2:00 p.m. Plaintiff did not appear. The Court proceeded to address pretrial matters with Defendants' counsel.

IT IS HEREBY ORDERED that:

(1)  JURY SELECTION:

Jury Selection will commence on Friday, February 2, 2018. Plaintiff and Defense Counsel shall be present in the Courtroom at 9:00 a.m. Eight jurors will be seated. During jury selection, each side will be permitted 3 peremptory challenges.

(2)  JURY MATERIALS

Defendants' proposed Neutral Statement, Jury Instructions, and Verdict Form are APPROVED as modified by the Court on the record. Defendants shall submit a revised version of the Neutral Statement, Jury Instructions, and Verdict Form, incorporating the modifications made on the record, on Monday, February 5, 2018 at 9:00 a.m.

Due to Plaintiff's failure to appear at the Final Pretrial Conference, and in the absence of a joint pretrial statement, the Court declines to adopt either side's pretrial statement. The pleadings will govern the claims to be tried.

(3) JURY TRIAL:

Opening Statements will commence on Monday, February 5, 2018 at 9:00 a.m. Trial time will be limited to 6 hours per side for direct examination, cross-examination, and redirect examination. In addition, each side will be permitted 30 minutes for Opening Statement and 60 minutes for Closing Argument. The time for Opening Statements and Closing Arguments is separate from, and in addition to, the 6 hours per side referenced above.

(4) BENCH ISSUES:

Any claims for equitable relief to be decided by the Court rather than the jury shall be presented immediately following the jury verdict.

**IT IS SO ORDERED.**

Dated: February 1, 2018

BETH LABSON FREEMAN
United States District Judge