# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

TSVETAN S. TORBOV,

    Plaintiff,

v.

CENLAR FSB and NATIONSTAR MORTGAGE LLC,

    Defendants.

Case No. 14-cv-00130-BLF

**ORDER DIRECTING CLERK TO CORRECT DOCKET**

In reviewing the docket prior to entering judgment on the jury's verdict, the Court became aware that two corrections are required:

First, Defendant Cenlar FSB is misidentified on the docket as "Cenlar Agency, Inc." The Clerk shall correct the docket to identify the party properly as "Cenlar FSB."

Second, the docket does not reflect that Defendant Taylor, Bean & Whitaker Corp. was dismissed without prejudice in December 2014 when Plaintiff omitted it from the Fourth Amended Complaint (ECF 89). The Clerk shall correct this docketing error.[1]

**IT IS SO ORDERED.**

Dated: February 7, 2018

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

---

[1] The docket properly reflects that Defendant Mortgage Electronic Registration System (MERS) was dismissed without prejudice as a result of its omission from the Fourth Amended Complaint (ECF 89), and that Defendant Gregory S. Tornquist was dismissed without prejudice for failure to effect timely service of process (ECF 114).