**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TSVETAN S. TORBOV,<br><br>    Plaintiff,<br><br>  v.<br><br>CENLAR FSB and NATIONSTAR MORTGAGE LLC,<br><br>    Defendants. | Case No. 14-cv-00130-BLF<br><br>**JUDGMENT** |

  A jury trial having been commenced on February 5, 2018, and the jury having rendered its verdict on February 6, 2018,

  **IT IS ORDERED AND ADJUDGED** that, consistent with the jury's verdict attached hereto, judgment is entered in favor of Defendants Cenlar FSB and Nationstar Mortgage LLC and against Plaintiff Tsvetan S. Torbov.

  Defendants Cenlar FSB and Nationstar Mortgage LLC shall recover costs from Plaintiff Tsvetan S. Torbov.

Dated: February 7, 2018

_____
BETH LABSON FREEMAN
United States District Judge